# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| JIMMY JOSEPH NEWELL, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 1:16-CV-00494-HSM-CHS |
| BLAIR LEIBACH, | ) ) ) |
| Respondent. | ) |

## JUDGMENT O R D E R

In accordance with the accompanying memorandum opinion, Petitioner's pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Doc. 1] is **DENIED**, and this action is **DISMISSED.** The Clerk is **DIRECTED** to close the civil file.

Also, for the reasons set forth in the accompanying memorandum opinion, a COA will **NOT ISSUE**. Therefore, Petitioner is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. 28 U.S.C. § 2253; Rule 22(b) of the Federal Rules of Appellate Procedure.

**SO ORDERED** this 30th day of March, 2020.

                    *Harry S. Mattice, Jr.*
                    HARRY S. MATTICE, JR.
                    UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
 s/ John Medearis
  CLERK OF COURT